ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC - 1 2006
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTONIO TAPIA SILVA | § | |
| | § | |
| Petitioner, | § | |
| | § | NO. 3-06-CV-0825-H |
| VS. | § | |
| | § | Consolidated With: |
| NATHANIEL QUARTERMAN, Director | § | No. 3-06-CV-0826-H |
| Texas Department of Criminal Justice, | § | No. 3-06-CV-0827-H |
| Correctional Institutions Division | § | No. 3-06-CV-0828-H |
| | § | |
| Respondent. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge, filed November 8, 2006, in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby adopted as the Findings of the Court.

SO ORDERED this 1st day of DEC., 2006.

_____
BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT